LUCILLE GILLOGLY, Respondent, v. CITY OF BUFFALO, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to bring in another party defendant in an automobile

negligence action.) Present — Sears, P. J., Thompson, Crosby, Lewis and Cunningham, JJ.